UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1080 PA (SSx) | Date | January 13, 2009 |
|---|---|---|---|
| Title | Oleg Pogrebnoy v. Vitaly Matusov, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

Before the Court is a Reply by Plaintiff Oleg Pogrebnoy ("Plaintiff") in support of his Motion for Summary Judgment. In the Reply, Plaintiff asserts that Radony, Inc., which apparently conducts the business of publishing Plaintiff's Kurier newspaper, should be joined in this action as a necessary party because it owns the disputed Kurier mark. Plaintiff makes this conclusion in light of American Sleek Craft, Inc. v. Nescher, 131 B.R. 991 (D. Ariz. 1991).

Plaintiff has raised a question as to ownership of the Kurier mark. Accordingly, Plaintiff is ordered to respond to the following questions:

(1)   Did Plaintiff transfer or convey the business of publishing the Kurier newspaper to Radony, Inc?

(2)   If the answer to question (1) is affirmative, when did the transfer or conveyance occur?

(3)   Is Radony, Inc. a corporation in good standing?

Plaintiff shall file a declaration signed under penalty of perjury answering the questions above no later than Tuesday, January 20, 2009.

IT IS SO ORDERED.